UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    CRIMINAL NO. 11-mj-30376

v.                                    HONORABLE DENISE PAGE HOOD

DIANE LODATO,

       Defendant.
_____/

## ORDER SETTING CASH BOND

On July 26, 2011 the Court held a hearing on the Motion for Bond Pending Trial an appeal of the Magistrate Judge's Order of Detention Pending Trial.  For the reasons stated on the record,

IT IS ORDERED that the motion is GRANTED.  A ten percent - one hundred thousand dollar ($100,000.00) bond with conditions is set for the defendant.

The bond shall be payable in United States currency in the form of cash or a cashier's check made payable to:

        "Clerk, U.S. District Court"

**SO ORDERED**.


Dated: July 26, 2011           s/Denise Page Hood
                                        DENISE PAGE HOOD
                                        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 26, 2011, by electronic and/or ordinary mail.

                                              S/Julie Owens
                                            Case Manager, (313) 234-5160